# EXHIBIT 2

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



*Please read and review the filing instructions carefully before completing the Form ETA-9142B. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/. In accordance with Federal Regulations, incomplete or obviously inaccurate applications will not be certified by the Department of Labor. If submitting this form non-electronically, ALL required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

## A. Employment-Based Nonimmigrant Visa Information

| 1. Indicate the type of visa classification supported by this application *(Write classification symbol)*: * | H-2B |
|---|---|

## B. Temporary Need Information

**1. Job Title *** Bartender

| 2. SOC (ONET/OES) code * | 3. SOC (ONET/OES) occupation title * |
|---|---|
| 35-3011 | Bartenders |

| 4. Is this a full-time position? * | Period of Intended Employment | |
|---|---|---|
| ✓ Yes ☐ No | 5. Begin Date * 11/15/2017 *(mm/dd/yyyy)* | 6. End Date * 04/15/2018 *(mm/dd/yyyy)* |

7. Worker positions needed/basis for the visa classification supported by this application

| 10 | **Total Worker Positions Being Requested for Certification *** |
|---|---|

Basis for the visa classification supported by this application
*(indicate the total workers in each applicable category based on the total workers identified above)*

| 10 | a. New employment * | 0 | d. New concurrent employment * |
|---|---|---|---|
| 0 | b. Continuation of previously approved employment * without change with the same employer | 0 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

8. Nature of Temporary Need: (Choose only one of the standards) *

✓ Seasonal    ☐ Peakload    ☐ One-Time Occurrence    ☐ Intermittent or Other Temporary Need

9. Statement of Temporary Need *

SEE ADDENDUM

Due to the nature of the hospitality industry in Big Sky, MT, Yellowstone Club has an annually recurring seasonal need to employ Bartenders. Our club opens its dining operations in December and closes in April for the winter season. The city's location, at approximately midway between West Yellowstone and Bozeman on U.S. Highway 191 and just 15 miles from the northwestern border of Yellowstone National Park, makes it a popular tourism destination. The tourism industry has a tremendous economic impact in Montana. In 2016, Montana's over 12 million non-resident visitors spent ████████, directly supported 38,300 jobs statewide, and generated ████ ████ in state and local taxes. As regards peak season, winter is the biggest season in Big Sky. Reservations peak during the Christmas Holidays, Martin Luther King Jr. weekend, President's Day weekend, and most of March for Spring Break. During the summer season, the city becomes the gateway for those heading to Yellowstone National Park. Please note that we have not previously used the H-2B program for the Bartender position. As we are constantly running short of Bartenders this is a critical position we need to fill in to

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



## C.  Employer Information

**Important Note**: Enter the full name of the individual employer, partnership, or corporation and all other required information in this section. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, identify the main or primary employer in the section below and then submit a separate attachment that identifies each employer, by name, mailing address, and total worker positions needed, under the application.

| | | |
|---|---|---|
| 1.  Legal business name *<br>Yellowstone Club Operations, LLC | | |
| 2.  Trade name/Doing Business As (DBA), if applicable<br>N/A | | |
| 3.  Address 1 *<br>One Yellowstone Club Trail | | |
| 4.  Address 2<br>PO Box 161097 | | |
| 5.  City *<br>Big Sky | 6.  State *<br>MT | 7.  Postal code *<br>59716 |
| 8.  Country *<br>UNITED STATES OF AMERICA | 9.  Province<br>N/A | |
| 10.  Telephone number *<br>406-995-4900 | 11.  Extension<br>N/A | |
| 12.  Federal Employer Identification Number (FEIN from IRS) *<br>█████ | 13.  NAICS code (must be at least 4-digits) *<br>713920 | |
| 14.  Number of non-family full-time equivalent employees<br>███ | 15.  Annual gross revenue<br>███ | 16.  Year established<br>2009 |

17.  Type of employer application (choose only one box below) *

☑ Individual Employer
☐ H-2A Labor Contractor or
    Job Contractor

☐ Association – Sole Employer  (H-2A only)
☐ Association – Joint Employer  (H-2A only)
☐ Association – Filing as Agent  (H-2A only)

## D.  Employer Point of Contact Information

**Important Note**: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters.  The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.  For joint employer or master applications filed on behalf of more than one employer under the H-2A program, enter only the contact information for the main or primary employer (e.g., contact for an association filing as joint employer) under the application.

| | | |
|---|---|---|
| 1.  Contact's last (family) name *<br>McPheeters | 2.  First (given) name *<br>Cindy | 3.  Middle name(s) *<br>N/A |
| 4.  Contact's job title *<br>Director of Human Resources | | |
| 5.  Address 1 *<br>One Yellowstone Club Trail | | |
| 6.  Address 2<br>PO Box 161097 | | |
| 7.  City *<br>Big sky | 8.  State *<br>MT | 9.  Postal code *<br>59716 |
| 10.  Country *<br>UNITED STATES OF AMERICA | 11.  Province<br>N/A | |
| 12.  Telephone number *<br>406-995-7909 | 13.  Extension<br>1301 | 14.  E-Mail address<br>cindy.mcpheeters@yellowstoneclub.com |

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



## E.  Attorney or Agent Information (If applicable)

| | | |
|---|---|---|
| 1.  Is/are the employer(s) represented by an attorney or agent in the filing of this application (including associations acting as agent under the H-2A program)?  If "Yes", complete Section E. * | ✓ Yes | ☐ No |

| 2.  Attorney or Agent's last (family) name § | 3.  First (given) name § | 4.  Middle name(s) § |
|---|---|---|
| ESTRELLA | JENNIFER | HOLT |

| 5.  Address 1 § |
|---|
| ONE ALHAMBRA PLAZA |

| 6.  Address 2 |
|---|
| SUITE 600 |

| 7.  City § | 8.  State § | 9.  Postal code § |
|---|---|---|
| CORAL GABLES | FL | 33134 |

| 10.  Country § | 11.  Province |
|---|---|
| UNITED STATES OF AMERICA | N/A |

| 12.  Telephone number § | 13.  Extension | 14.  E-Mail address |
|---|---|---|
| 305-774-5800 | N/A | JESTRELLA@FRAGOMEN.COM |

| 15.  Law firm/Business name § | 16.  Law firm/Business FEIN § |
|---|---|
| FRAGOMEN DEL REY BERNSEN & LOEWY, LLP | ▮▮▮▮▮▮ |

| 17.  State Bar number (only if attorney) § | 18.  State of highest court where attorney is in good standing (only if attorney) § |
|---|---|
| 23184 | FLORIDA |

| 19.  Name of the highest court where attorney is in good standing (only if attorney) § |
|---|
| SUPREME COURT |

## F.  Job Offer Information

### a. Job Description

| 1.  Job Title *  |
|---|
| Bartender |

| 2. Number of hours of work per week | 3. Hourly Work Schedule * |
|---|---|
| Basic *:  35        Overtime:  N/A | A.M. (h:mm):  11 : 00      P.M. (h:mm):  6 : 30 |

| 4.  Does this position supervise the work of other employees? * | 4a.  If yes, number of employees worker will supervise (if applicable) §  N/A |
|---|---|
| ☐ Yes  ✓ No | |

5.  Job duties – A description of the duties to be performed **MUST** begin in this space.  If necessary, add attachment to <u>continue and complete</u> description. *

SEE ADDENDUM

Prepare cocktails, serve alcoholic and non-alcoholic drinks to members and guests. Ensure that each member and guest receives outstanding guest service in a guest friendly environment; Greet and acknowledge every member and guest; Prepare alcohol and non-alcohol beverage for Restaurant Outlet; Interact with Members and guests, taking orders and serving beverages; Assess Member and guest's needs and preference and making beverage recommendations; Assist with Outlet's inventory; Stock coolers, stock room and bar; Mix ingredients to prepare cocktails; Assist Restaurant Manager in planning bar menu; Check Member and guest identification and confirm it meets legal drinking age; Restock and replenish bar inventory and supplies; Comply with all food and beverage regulations; Assist the Servers, Host, and Supervisors with Restaurant operations; Maintain privacy of Members at all times; Maintain a clean and neat appearance at all

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



**F.  Job Offer Information** *(continued)*

**b. Minimum Job Requirements**

1.  Education: minimum U.S. diploma/degree required *

☐ None  ☑ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's  ☐ Doctorate (PhD)  ☐ Other degree (JD, MD, etc.)

| 1a.  If "Other degree" in question 1, specify the diploma/ degree required *§* | 1b.  Indicate the major(s) and/or field(s) of study required *§* (May list more than one related major and more than one field) |
|---|---|
| N/A | N/A |

2.  Does the employer require a second U.S. diploma/degree? *        ☐ Yes  ☑ No

2a.  If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required *§*

N/A

3.  Is training for the job opportunity required? *        ☐ Yes  ☑ No

| 3a.  If "Yes" in question 3, specify the number of <u>months</u> of training required *§* | 3b.  Indicate the field(s)/name(s) of training required *§* (May list more than one related field and more than one type) |
|---|---|
| N/A | N/A |

4.  Is employment experience required? *        ☑ Yes  ☐ No

| 4a.  If "Yes" in question 4, specify the number of <u>months</u> of experience required *§* | 4b.  Indicate the occupation required *§* |
|---|---|
| 12 | Bartender |

5. Special Requirements - List specific skills, licenses/certifications, and requirements of the job opportunity. *

SEE ADDENDUM

HS Diploma, GED or equiv, or vocational training or job-related course work; 1 year of bartending exp. in a full-service restaurant or bar; Basic MS Office skills; Able

**c. Place of Employment Information**

| 1.  Worksite address 1 * |  |
|---|---|
| One Yellowstone Club Trail | |
| 2.  Address 2 | |
| N/A | |

| 3.  City * | 4.  County * |
|---|---|
| Big Sky | Gallatin |

| 5.  State/District/Territory * | 6.  Postal code * |
|---|---|
| MT | 59716 |

| 7.  Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? * | ☐ Yes  ☑ No |
|---|---|

7a.  If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible.  If necessary, submit an attachment to <u>continue and complete</u> a listing of all anticipated worksites. *§*

N/A

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



## G.  Rate of Pay

| 1.  Basic Rate of Pay Offered * | 1a.  Overtime Rate of Pay *(if applicable)* § |
|---|---|
| From: $  11 . 00    To (Optional): $  N/A . N/A | From: $  16 . 50    To (Optional): $  N/A . N/A |

2.   Per:   (Choose only one) *
☑ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☐ Year  ☐ Piece Rate

2a.  If Piece Rate is indicated in question 2, specify the wage offer requirements: §
N/A

3.  Additional Wage Information (e.g., multiple worksite applications, itinerant work, or other special procedures).
    If necessary, add attachment to <u>continue and complete</u> description. §

SEE ADDENDUM

O/T available as needed paid at time and a half plus tips. A single workweek will be used to compute wages due.
Wage paid weekly by check. All deductions from the worker's paycheck required by law will be made. The
employer will provide workers at no

## H.  Recruitment Information

1. Name of State Workforce Agency (SWA) serving the area of intended employment *
N/A

| 2. SWA job order identification number * | 2a. Start date of SWA job order * | 2b. End date of SWA job order * (In H-2A this date is 50% of contract period) |
|---|---|---|
| N/A | N/A | N/A |

| 3.  Is there a Sunday edition of a newspaper (of general circulation) in the area of intended employment? * | ☐ Yes   ☐ No |
|---|---|

| Name of Newspaper/Publication *(in area of intended employment for H-2B only)* * | Dates of Print Advertisement § | |
|---|---|---|
| 4. N/A | From: N/A | To: N/A |
| 5. N/A | From: N/A | To: N/A |

6.  Additional Recruitment Activities for H-2B program.  Use the space below to identify the type(s) or source(s) of recruitment,
    geographic location(s) of recruitment, <u>and</u> the date(s) on which recruitment was conducted.  If necessary, add attachment
    to <u>continue and complete</u> description. *

N/A

---

Form ETA-9142B                     **FOR DEPARTMENT OF LABOR USE ONLY**                     Page 5 of 10

Case Number: _H-400-17222-237302_____        Case Status: _Full Certification_____        Validity Period: _11/15/2017____ to _04/15/2018____

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



## I. Declaration of Employer and Attorney/Agent

In accordance with Federal regulations, the employer must attest that it will abide by certain terms, assurances and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor.  <u>Applications that fail to attach Appendix A or Appendix B will be considered incomplete and not accepted for processing by the ETA application processing center.</u>

| | |
|---|---|
| 1. For H-2A Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix A.** § | ☐ Yes ☐ No ☐ N/A |
| 2. For H-2B Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix B.** § | ☑ Yes ☐ No ☐ N/A |

## J. Preparer

Complete this section if the preparer of this application is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| N/A | N/A | N/A |

| 4. Job Title § |
|---|
| N/A |

| 5. Firm/Business name § |
|---|
| N/A |

| 6. E-Mail address § |
|---|
| N/A |

## K.  U.S. Government Agency Use (ONLY)

Pursuant to the provisions of Section 101 (a)(15)(h)(ii) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed.  By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from ____11/15/2017____ to ____04/15/2018____.

_Certifying Officer_
Department of Labor, Office of Foreign Labor Certification

10/11/2017
Determination Date (date signed)

H-400-17222-237302
Case number

Full Certification
Case Status

## L.  Public Burden Statement *(1205-0509)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1 hour to complete the form, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW, * Washington, DC * 20210. **Please <u>do not</u> send the completed application to this address.**

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



## ADDENDUM

ADDENDUM SECTION B.9: Additional Notes Regarding Statement of Temporary Need

meet our seasonal need. The last winter season we had constantly to resource to our Sommeliers and Servers to fill in in the position as we could not locate qualified Bartenders. As you may see from our payroll report our seasonal need begins in December and extends through April. Please note that Yellowstone Club does not maintain permanent hourly employees in the F&B Division year round because our winter operations run from December to April. We have an Executive Chef, Executive Sous Chef, and a couple Sous Chefs who handle the employee dining and such when we are closed. We reopen again in June for the summer season, which ends in September. As we have found it increasingly difficult to find qualified US workers willing and able to perform the duties required of the position, we are seeking certification for 10 persons to work temporarily as Bartenders for the period from 11/15/2017 through 04/15/2018. We are asking the start date for mid November so that the Bartenders can start prepping the restaurant and food outlets for the opening day in December. ABOUT THE EMPLOYER: Founded in 2001 by Tim Blixseth, Yellowstone Club Operations, LLC ( Yellowstone Club) underwent restructuring in 2009, and has been an active company since then. It is a private residential club, ski resort, and golf resort located in the state of Montana located in Big Sky, Montana. Yellowstone Club was a pioneer in the members-only space. The first private club with its own mountain, its Über-rich members that include sports figures, entertainment figures, Fortune 100 company CEO's, etc. Most of the ski runs are on Pioneer Mountain, which has a summit elevation of 9,859 feet (3,005m). The resort has several lifts and ski runs that tie directly into Big sky Resort's lift system. The Big Sky ski area and the Yellowstone Club share a five-mile border. The ski resorts are surrounded by 250,000 acres of the Gallatin National Forest. On average, the Yellowstone Club's Pioneer Mountain receives approximately 300 inches of snowfall each year and it has 2200 acres for skiing. Yellowstone Club also features cross country skiing, ice skating and numerous indoor activities. Many additional recreational opportunities are available in summer including golf, climbing, mountain biking, kayaking, and fly fishing. Yellowstone Club has over 860 houses (some of them are in excess of 20,000 square feet), restaurants, spa, fitness center, copper pool, golf club, etc. Real estate prices are in the millions of dollars.  The property employs approximately 1,200  in winter season and about 600 in the summer.

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



**ADDENDUM**

ADDENDUM SECTION F.a.5: Additional Notes Regarding Job Duties

times. Other related duties as requested.

35 hours work per week. 5 work shifts per week. Must be able to work flexible work hours/schedule including evenings, weekends and holidays.

Form ETA-9142B          **FOR DEPARTMENT OF LABOR USE ONLY**          Page 8 of 10

Case Number: H-400-17222-237302          Case Status: Full Certification          Validity Period: 11/15/2017          to  04/15/2018

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



**ADDENDUM**

ADDENDUM SECTION F.b.5: Special Requirements

to speak/write English clearly/legibly; perform basic math calculations; bend, stoop, kneel, crouch, reach with hands and arms or operate a computer; frequently lift up to 40 pounds; constantly stand, walk, talk and hear. May be required to work outside in extreme heat, cold, rain, wind, snow or inclement weather if required. Pre-employment background check and post accident drug testing will be carried out equally between the US workers and the H2B workers.

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



## ADDENDUM

### ADDENDUM SECTION G.3: Additional Notes Regarding Wage Information

charge all tools, supplies, and equipment required to perform the job. The employer guarantees to offer work for hours equal to at least three fourths of the workdays in each 12-week period of the total employment period. H2B workers will be reimbursed in the first workweek for all visa, visa processing, border crossing, and other related fees, including those mandated by the government (excluding passport fees). Employer will provide transportation and subsistence at no cost to the worker from the place from which the worker has come to work for the employer, whether in the U.S. or abroad, to the place of employment, if the worker completes 50 percent of the period of employment. Any out of pocket expenses will be paid during the first work week. Daily subsistence will be provided at a rate of $12.07 per day during travel to a maximum of $51.00 per day with receipts. Return transportation will be provided if the worker completes the employment period or is dismissed early by the employer. Transportation to & from the worksite provided by the employer at no cost to worker. Workers can also get free complimentary bus passes take them to Bozeman; Shared, subsidized housing available if needed. Housing is optional. If accepted, cost of housing at $150 per pay cycle (on a weekly basis) will be deducted from payroll as permitted by law.

Form ETA-9142B          **FOR DEPARTMENT OF LABOR USE ONLY**          Page 10 of 10

Case Number: H-400-17222-237302          Case Status: Full Certification          Validity Period: 11/15/2017 to 04/15/2018