# EXHIBIT 6



Hello team Jamaica!

Thank you to those of you that got back to us on the charges you saw come out of your bonus. There is a little confusion on the taxes. Yellowstone Club paid the taxes for you. For example, if your bonus was $800 Yellowstone Club paid you $1,000 and then the taxes were taken out so that you would get the full bonus. I know this is a little confusing. The law requires us to take out taxes so the Club paid you more on your bonus to compensate for the taxes. So you will see taxes taken out. I don't think that was explained very well.

Unfortunately, HSS also took money out on some of you which we did not expect them to do. We had conversations with them and they said they would not, however, in cases where there was damage to your cabins, HSS took money out. We can't do anything about that. Again, we asked that they not do that, but we cannot control that.

I apologize for any confusion. As we've said before, we will not be working with HSS in the future and hopefully situations like this will be avoided in the future.

Several of you have reached out with references for future hires. We are going to be working with Perry Wells through the Ministry again, so please ask any of your friends to reach out to them when they see the postings. You can forward their names to us as a reference, but all of the screening and such will be through the Ministry again. We will not be doing any direct hiring from here.

We will be in touch regarding next winter season soon. Looks like we will be in Jamaica the end of June to recruit for next winter. So you should see postings for our positions for next winter soon with the Ministry. In the meantime, we hope you have a great summer!

Best wishes from MT,