IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
OCT 22 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>ORDER |

Plaintiffs have moved for admission of Sarah J. Parady, Esq., Mary Jo Lowrey, Esq., and David Seligman, Esq., to appear before this Court *pro hac vice* with Christopher C. Young, Esq., of Young Law Office PLLC, Bozeman, Montana, to act as local counsel.[1]

---

[1] Doc. 3.

ORDERED:

The policy of this Court precludes the admission of more than two *pro hac vice* lawyers for any one party. Plaintiffs' motion is therefore DENIED without prejudice to renewal.

DATED this 22nd day of October, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge