
FILED

OCT 2 4 2018

Clerk, U S District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>ORDER |

On October 19, 2018, Plaintiffs filed a Motion for Sarah J. Parady, Mary Jo Lowrey and David Seligman to Appear *Pro Hac Vice*.[1] The Court denied Plaintiffs' motion without prejudice.[2]

---

[1] Doc. 3.

[2] Doc. 4.

Plaintiffs filed a renewed motion for admission of Sarah J. Parady, Esq., and David Seligman, Esq., to appear before this Court *pro hac vice* with Christopher C. Young, Esq., of Young Law Office PLLC, Bozeman, Montana, to act as local counsel.[3] Nothing in the motion indicates compliance with L.R. 7.1(c)(1).

ORDERED:

Plaintiffs' Motion for Sarah J. Parady and David Seligman to Appear *Pro Hac Vice* is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1). Plaintiffs may resubmit the motion in proper form.

DATED this 24th day of October, 2018.

SAM E. HADDON
United States District Judge

---

[3] Doc. 5.