IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

NOV 0 1 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>ORDER |

Plaintiffs have moved for admission of Sarah J. Parady, Esq. ("Parady"), of Lowrey Parady, LLC, 1725 High Street, Denver, Colorado 80218, and David Seligman, Esq. ("Seligman"), of Towards Justice, 1410 High Street, Suite 300, Denver, Colorado 80218, to appear *pro hac vice* with Christopher C. Young, Esq.,

of Young Law Office PLLC, Bozeman, Montana, to act as local counsel.[1]

Parady's and Seligman's applications appear to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiffs' motion to allow Parady and Seligman to appear *pro hac vice* is GRANTED on the following conditions:

1. Local counsel must serve as either lead or co-lead counsel.

2. Either Parady or Seligman, but not both, may act as co-lead counsel.

3. Parady and Seligman must do their own work. They must do their own writing, sign their own pleadings, motions, briefs and other documents served or filed by them, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Parady and Seligman; it is not an admission of Lowrey Parady, LLC, or Towards Justice.

---

[1] *See* Doc. 7.

FURTHER ORDERED:

This Order will be withdrawn unless Parady and Seligman, within fifteen (15) days from the date of this Order, file an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 1st day of November, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge