| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY
☐ FEPA
☒ EEOC

CHARGE NUMBER

RECEIVED

SEP 1 4 2018

EEOC DENVER FIELD OFFICE

*State or local Agency, if any*

NAME *(Indicate Mr., Ms., Mrs.)*
Ms. Tasheka Bryan

(AREA CODE) HOME TELEPHONE
876-480-4793

STREET ADDRESS
123 Mansfield Heights, Ocho Rios, St Ann, Jamaica

CITY, STATE AND ZIP CODE

DATE OF BIRTH
February 10, 1991

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

NAME
Hospitality Staffing Solutions, LLC

NUMBER OF EMPLOYEES, MEMBERS
50+

TELEPHONE *(Include Area Code)*
(877) 477-3866

STREET ADDRESS
100 Glenridge Point Parkway, Suite 400, Atlanta, GA 30342

CITY, STATE AND ZIP CODE

COUNTY
Fulton

NAME

TELEPHONE NUMBER *(Include Area Code)*

STREET ADDRESS

CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☒ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
12/14/17-4/11/18

☒ CONTINUING ACTION

**I.   JURISDICTION**: The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.   PERSONAL HARM**: I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.   DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

NOTARY - (When necessary for State and Local Requirements)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/13/2018 3:54:08 PM PDT

Date

Charging Party *(Signature)*

DocuSigned by:
T. Bryan
4BB1D16DFE894B0...

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a bartender by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on December 14, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. I was also discriminated against as a black Jamaican H2B worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I. Bartenders like me were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. The other Black Jamaican H2B bartenders and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B bartenders did receive this additional compensation.

J. Bartenders at my restaurant could print out a receipt at the end of the night that showed how much gratuity we accrued that night. These gratuities were a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders like me never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

K. In the beginning of my employment, I signed in daily with my own bartender number and my gratuity that I could see on the receipt at the end of each night accrued to my number. I never received this gratuity. Later a Yellowstone supervisor, Clay, told me and other Black Jamaican bartenders to sign in under the restaurant name instead of our personal numbers. When I asked why, he said that our gratuity would be pooled and given to us at the end. We did not receive any of these gratuities. Black Jamaican H2B bartenders like me never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

L. This discrimination was not limited to bartenders like me.

M. Restaurant servers were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. Black Jamaican H2B servers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

N. Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks did not receive this additional compensation for their work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

O. Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

P. There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

Q. After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

R. In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with Yellowstone paying extra to cover the taxes. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

S. I understood the promise of the bonuses to be connected to our missing compensation.

T. Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

U. HSS and the Yellowstone didn't want me and other black Jamaicans H2B workers to call in sick. If we did call in sick, they would ask us to come to work anyway. Non-black, non-Jamaican, non-H2B workers could simply not show up if they were sick with no repercussions. For example, when I was injured on the job and cut my leg on a piece of broken glass, I received three stitches at the hospital and visited the hospital a second time for pain. After that, the supervisor texted me every day telling me that I needed to work. Non-black, non-Jamaican, non-H2B workers would not have been pressured to work while injured.

I file this Charge on behalf of myself and all others similarly situated.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | RECEIVED |
| ☒ EEOC | SEP 14 2018 |

State or local Agency, if any

EEOC DENVER FIELD OFFICE

| NAME (Indicate Mr., Ms., Mrs.) | (AREA CODE) HOME TELEPHONE |
|---|---|
| Mr. Nicholas Douglas | (843) 534-3816 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3 Sawgrass Road, Apt I1 Charleston, SC 29412 | | May 27, 1985 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Hospitality Staffing Solutions, LLC | 50+ | (877) 477-3866 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 100 Glenridge Point Parkway, Suite 400, Atlanta, GA 30342 | | Fulton |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| | | | | DATE DISCRIMINATION TOOK PLACE |
|---|---|---|---|---|
| ☒ RACE | ☒ COLOR | ☐ SEX | ☐ RELIGION | ☐ AGE | EARLIEST          LATEST |
| ☒ RETALIATION | ☒ NATIONAL ORIGIN | ☐ DISABILITY | ☐ OTHER | | 11/29/17-3/24/18 |

☒ CONTINUING ACTION

**I. JURISDICTION**: The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II. PERSONAL HARM:** I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III. DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | |

| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| | SIGNATURE OF COMPLAINANT |
| 9/13/2018 9:30:23 AM  PDT   —DocuSigned by— C0015FF8BE01448... | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date          Charging Party (Signature) | |

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a cook by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on November 29, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. As a black Jamaican H2B worker, I was paid less for the same work as compared to non-black, non-Jamaican, non-H2B worker. When I requested additional compensation to eliminate this pay difference, my employers refused.

I. I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, service charges that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

J. Cooks like me were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks and I did not receive this additional compensation for our work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

K. This discrimination was not limited to cooks like me.

L. Restaurant servers were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. Black Jamaican H2B servers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

M. Bartenders were supposed to receive a gratuity equal to a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

N. Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

O. There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same

compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

P. After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

Q. In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with tax automatically deducted. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

R. I understood the promise of the bonuses to be connected to our missing compensation.

S. I also experienced discrimination in the allocation of job duties. For example, I was required to clean fryers while non-black, non-Jamaican, and non-H2B workers in the same position were not required to do this dangerous and unpleasant job.

T. I also received more scrutiny about my sick time and hours. For example, one day I was late to work because of a medical issue and I was chastised harshly by Dan, the sous chef. Dan said, "I don't give a fuck [about your medical issue.] Make sure you are at work." Non-black, non-Jamaican, and non-H2B workers came in late or were missing from their chef stations but did not get in trouble.

U. Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

V. I also suffered discrimination in my commute between my lodging and work. For example, Jamaican workers were denied transportation on Yellowstone Club employee shuttles. One shuttle driver named Matt, an agent of the Yellowstone Club, refused to allow black Jamaican H2B workers to ride his hourly shuttle to and from the nearby town of Big Sky. Matt falsely claimed that the Yellowstone Club policy was to refuse to take black Jamaican H2B workers back to town on the shuttle because they were Jamaican.

W. On another occasion, I was told by a bus driver, Matt, an agent of Yellowstone, that we should "speak English" when we rode the bus, or he would "run this fucking bus over the cliff." He was angry because he could not understand our accented English and the Jamaican English dialect that we speak in Jamaica.

I file this Charge on behalf of myself and all others similarly situated.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | RECEIVED |

*State or local Agency, if any*

SEP 1 4 2018

EEOC DENVER FIELD OFFICE

| NAME *(Indicate Mr., Ms., Mrs.)* | (AREA CODE) HOME TELEPHONE |
|---|---|
| Mr. Junior Harris | (646) 988-9560 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 7878 Park Gate Dr., North Charleston, SC 29418 | | October 29, 1989 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Hospitality Staffing Solutions, LLC | 50+ | (877) 477-3866 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 100 Glenridge Point Parkway, Suite 400, Atlanta, GA 30342 | | Fulton |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE | EARLIEST          LATEST |
| ☒ RETALIATION  ☒ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER | 12/7/17-4/17/18 |
| | ☒ CONTINUING ACTION |

**I.    JURISDICTION**: The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.    PERSONAL HARM:** I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.    DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | |

| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| | SIGNATURE OF COMPLAINANT |
| 9/13/2018 1:35:42 PM PDT | |
| DocuSigned by: | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |
| 8097455B014B430... | (Day, month, and year) |
| Date        Charging Party *(Signature)* | |

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a server by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on December 7, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I. Restaurant servers like me were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. The other Black Jamaican H2B servers and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

J. Servers at my restaurant could print out a receipt of our gratuity each night. Service charges were a fixed percentage of the bill for each table served in Yellowstone Club restaurants. My receipts reflect a service charge of 20% of the bill which was thousands of dollars over the course of the season. Black Jamaican H2B servers like me never received this money, while non-black, non-Jamaican, non-H2B servers did.

K. This discrimination was not limited to servers like me.

L. Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks did not receive this additional compensation for their work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

M. Bartenders were supposed to receive a gratuity equal to a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

N. Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

O. Additionally, black Jamaican H2B servers were also not scheduled to work special functions at the Yellowstone Club, while non-black, non-Jamaican, non-H2B servers were scheduled for this work. The pay for

DocuSign Envelope ID: DDF4C367-B1B9-48CF-999E-9FFFC35B9539

these special functions was higher than the typical pay and therefore you made more money if you worked the special functions.

P.  There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

Q.  After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

R.  In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with tax automatically deducted. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

S.  I understood the promise of the bonuses to be connected to our missing compensation.

I file this Charge on behalf of myself and all others similarly situated.

3

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| X | EEOC | RECEIVED |

State or local Agency, if any

SEP 14 2018

EEOC DENVER FIELD OFFICE

| NAME(Indicate Mr., Ms., Mrs.)  Mr. Marcus Richards | (AREA CODE) HOME TELEPHONE  (406) 209-6942 |
|---|---|

| STREET ADDRESS  3 Sawgrass Road, Apt F-14, Charleston, SC 29412 | CITY, STATE AND ZIP CODE | DATE OF BIRTH  May 19, 1975 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME  Hospitality Staffing Solutions, LLC | NUMBER OF EMPLOYEES, MEMBERS  50+ | TELEPHONE (Include Area Code)  (877) 477-3866 |
|---|---|---|

| STREET ADDRESS  100 Glenridge Point Parkway, Suite 400, Atlanta, GA 30342 | CITY, STATE AND ZIP CODE | COUNTY  Fulton |
|---|---|---|

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| [X] RACE | [X] COLOR | [ ] SEX | [ ] RELIGION | [ ] AGE |
|---|---|---|---|---|
| [X] RETALIATION | [X] NATIONAL ORIGIN | [ ] DISABILITY | [ ] OTHER | |

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
12/22/17-4/14/18

[X] CONTINUING ACTION

**I.   JURISDICTION**: The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.   PERSONAL HARM:** I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.   DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|

| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
|---|---|
| 13/09/2018 11:39:21 PDT    DocuSigned by: [signature]  Date        Charging Party (Signature)  B9CAA95E9C1540B... | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  (Day, month, and year) |

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a server by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on December 22, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I. Restaurant servers like me were supposed to receive a percentage of the revenue for all food and drink we served or normal tips as additional compensation. The other Black Jamaican H2B servers and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

J. I worked with another black Jamaican H2B server at a low-end Yellowstone club restaurant. Non-black, non-Jamaican, non-H2B servers did not want to work at this restaurant because they would not receive as much compensation, particularly in tips, as they could at a more expensive restaurant. Only black Jamaican H2B server were assigned to this restaurant.

K. I heard other workers talking about their compensation. I heard non-black, non-Jamaican, non-H2B workers say that they received $2000 in cash tips, that it was "a good day" and that they were "killing it."

L. This discrimination was not limited to servers like me.

M. Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks did not receive this additional compensation for their work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

N. Bartenders were supposed to receive a gratuity equal to a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

O. Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

2

P. Additionally, black Jamaican H2B servers were also not scheduled to work special functions at the Yellowstone Club, while non-black, non-Jamaican, non-H2B servers were scheduled for this work. The pay for these special functions was higher than the typical pay and therefore you made more money if you worked these special functions.

Q. There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

R. After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

S. In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with tax automatically deducted. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

T. I understood the promise of the bonuses to be connected to our missing compensation.

U. Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

V. I also suffered discrimination in my commute back and forth from my lodgings and work. For example, I and other black Jamaican H2B workers were denied transportation on Yellowstone Club employee shuttles. One night on my day off, I tried to take the Yellowstone Club shuttle for workers to the town center in Big Sky to buy some food and medicine. One shuttle driver named Matt, an agent of the Yellowstone Club, refused to allow black Jamaican H2B workers to ride his hourly shuttle to and from the nearby town of Big Sky. Matt falsely claimed that the Yellowstone Club policy was to refuse to take Jamaican workers back to town on the shuttle because they were Jamaican. I am aware that non-black, non-Jamaican, non-H2B workers were allowed to use the shuttle for this purpose. The shuttle was our transportation between our lodging, the town of Big Sky and the resort. We relied on it to get food and medicine.

I file this Charge on behalf of myself and all others similarly situated.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | |

RECEIVED
SEP 1 4 2018
EEOC DENVER FIELD OFFICE

_State or local Agency, if any_

| NAME (Indicate Mr., Ms., Mrs.) | (AREA CODE) HOME TELEPHONE |
|---|---|
| Ms. Stephaney Smith | (406) 539-0627 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3 Sawgrass Road, Apt 7F, | Charleston, SC 29412 | 02/22/1988 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Hospitality Staffing Solutions, LLC | 50+ | (877) 477-3866 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 100 Glenridge Point Parkway, Suite 400, | Atlanta, GA 30342 | Fulton |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☒ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER

| DATE DISCRIMINATION TOOK PLACE |
|---|
| EARLIEST      LATEST<br>12/21/17-4/17/18 |
| ☒ CONTINUING ACTION |

**I. JURISDICTION**: The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II. PERSONAL HARM:** I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III. DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | |

| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT |
|---|---|
| 9/13/2018 9:41:53 AM PDT ——DocuSigned by:— S.Smith ——43E7D5EFC96E407...<br>Date        Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a housekeeper by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on December 21, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I. Housekeepers like me were supposed to receive pooled tips as additional compensation. The other Black Jamaican H2B housekeepers and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

J. Fay Wilson from HSS told the black Jamaican H2B housekeeper that we would be tip pool and could expect about $45 a day from the tip pool. We never received any of this extra compensation.

K. This discrimination was not limited to housekeepers like me.

L. Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The black Jamaican H2B cooks did not receive this additional compensation for our work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

M. Restaurant servers were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. The black Jamaican H2B servers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

N. Additionally, black Jamaican H2B housekeepers like me were disproportionately given night shifts, which were cold and had limited access to transportation, since the employee shuttle did not run late enough on most days.

O. Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

P. About 2 months before the end of my work, the black Jamaican H2B housekeepers asked the employers about their missing tips. There was a meeting with the black Jamaican H2B housekeepers, Sheldon Brown (who I believe was a Jamaican government official), Tim McPherson from HSS, and Fay Wilson from HSS. We

were told that we would get our tips at the end of our employment. The other black Jamaican H2B housekeepers and I did not receive any tips at the end of our employment, though some received "bonuses" that were substantially less than the missing compensation.

I file this Charge on behalf of myself and all others similarly situated.

| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974; See Privacy Statement before completing this form.

AGENCY

☐ FEPA
☒ EEOC

CHARGE NUMBER

RECEIVED

SEP 1 4 2018

EEOC DENVER FIELD OFFICE

_____
*State or local Agency, if any*

NAME *(Indicate Mr., Ms., Mrs.)*

Ms. Tasheka Bryan

(AREA CODE) HOME TELEPHONE

876-480-4793

STREET ADDRESS

123 Mansfield Heights, Ocho Rios, St Ann, Jamaica

CITY, STATE AND ZIP CODE

DATE OF BIRTH

February 10, 1991

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

NAME

YELLOWSTONE CLUB OPERATIONS, LLC

NUMBER OF EMPLOYEES, MEMBERS

50+

TELEPHONE *(Include Area Code)*

(406) 995-4900

STREET ADDRESS

One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

CITY, STATE AND ZIP CODE

COUNTY

Madison/
Gallatin

NAME

TELEPHONE NUMBER *(Include Area Code)*

STREET ADDRESS

CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☒ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
**12/14/17-4/11/18**

☒ CONTINUING ACTION

**I.    JURISDICTION**: The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.    PERSONAL HARM:** I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.    DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

NOTARY - (When necessary for State and Local Requirements)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/13/2018 3:52:29 PM PDT

DocuSigned by:
T. Bryan
A2E2F5EA6AEB4D3...

Date          Charging Party *(Signature)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a bartender by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on December 14, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. I was also discriminated against as a black Jamaican H2B worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I. Bartenders like me were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. The other Black Jamaican H2B bartenders and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B bartenders did receive this additional compensation.

J. Bartenders at my restaurant could print out a receipt at the end of the night that showed how much gratuity we accrued that night. These gratuities were a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders like me never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

K. In the beginning of my employment, I signed in daily with my own bartender number and my gratuity that I could see on the receipt at the end of each night accrued to my number. I never received this gratuity. Later a Yellowstone supervisor, Clay, told me and other Black Jamaican bartenders to sign in under the restaurant name instead of our personal numbers. When I asked why, he said that our gratuity would be pooled and given to us at the end. We did not receive any of these gratuities. Black Jamaican H2B bartenders like me never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

L. This discrimination was not limited to bartenders like me.

M. Restaurant servers were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. Black Jamaican H2B servers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

2

N. Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks did not receive this additional compensation for their work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

O. Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

P. There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

Q. After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

R. In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with Yellowstone paying extra to cover the taxes. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

S. I understood the promise of the bonuses to be connected to our missing compensation.

T. Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

U. HSS and the Yellowstone didn't want me and other black Jamaicans H2B workers to call in sick. If we did call in sick, they would ask us to come to work anyway. Non-black, non-Jamaican, non-H2B workers could simply not show up if they were sick with no repercussions. For example, when I was injured on the job and cut my leg on a piece of broken glass, I received three stitches at the hospital and visited the hospital a second time for pain. After that, the supervisor texted me every day telling me that I needed to work. Non-black, non-Jamaican, non-H2B workers would not have been pressured to work while injured.

I file this Charge on behalf of myself and all others similarly situated.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | RECEIVED |

*State or local Agency, if any*

SEP 14 2018

EEOC DENVER FIELD OFFICE

| NAME (Indicate Mr., Ms., Mrs.) | (AREA CODE) HOME TELEPHONE |
|---|---|
| Mr. Nicholas Douglas | (843) 534-3816 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3 Sawgrass Road, Apt I1 Charleston, SC 29412 | | May 27, 1985 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| YELLOWSTONE CLUB OPERATIONS, LLC | 50+ | (406) 995-4900 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One Yellowstone Mountain Club Trail, Big Sky, Montana 59716 | | Madison/ Gallatin |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☒ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST        LATEST
**11/29/17-3/24/18**

☒ CONTINUING ACTION

**I.    JURISDICTION:**  The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.    PERSONAL HARM:**  I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.    DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | |

| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| | SIGNATURE OF COMPLAINANT |
| 9/13/2018 9:53:05 AM PDT  ┌DocuSigned by:┐ [signature] └C6015FF8BE01448...┘ | |
| Date        Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a cook by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on November 29, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. As a black Jamaican H2B worker, I was paid less for the same work as compared to non-black, non-Jamaican, non-H2B worker. When I requested additional compensation to eliminate this pay difference, my employers refused.

I. I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, service charges that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

J. Cooks like me were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks and I did not receive this additional compensation for our work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

K. This discrimination was not limited to cooks like me.

L. Restaurant servers were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. Black Jamaican H2B servers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

M. Bartenders were supposed to receive a gratuity equal to a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

N. Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

O. There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same

2

compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

P.  After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

Q.  In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with tax automatically deducted. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

R.  I understood the promise of the bonuses to be connected to our missing compensation.

S.  I also experienced discrimination in the allocation of job duties. For example, I was required to clean fryers while non-black, non-Jamaican, and non-H2B workers in the same position were not required to do this dangerous and unpleasant job.

T.  I also received more scrutiny about my sick time and hours. For example, one day I was late to work because of a medical issue and I was chastised harshly by Dan, the sous chef. Dan said, "I don't give a fuck [about your medical issue.] Make sure you are at work." Non-black, non-Jamaican, and non-H2B workers came in late or were missing from their chef stations but did not get in trouble.

U.  Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

V.  I also suffered discrimination in my commute between my lodging and work. For example, Jamaican workers were denied transportation on Yellowstone Club employee shuttles. One shuttle driver named Matt, an agent of the Yellowstone Club, refused to allow black Jamaican H2B workers to ride his hourly shuttle to and from the nearby town of Big Sky. Matt falsely claimed that the Yellowstone Club policy was to refuse to take black Jamaican H2B workers back to town on the shuttle because they were Jamaican.

W.  On another occasion, I was told by a bus driver, Matt, an agent of Yellowstone, that we should "speak English" when we rode the bus, or he would "run this fucking bus over the cliff." He was angry because he could not understand our accented English and the Jamaican English dialect that we speak in Jamaica.

I file this Charge on behalf of myself and all others similarly situated.

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA  ☒ EEOC | RECEIVED |

SEP 1 4 2018

_State or local Agency, if any_

EEOC DENVER FIELD OFFICE

| NAME *(Indicate Mr., Ms., Mrs.)*  Mr. Junior Harris | (AREA CODE) HOME TELEPHONE  (646) 988-9560 |
|---|---|

| STREET ADDRESS  7878 Park Gate Dr., North Charleston, SC 29418 | CITY, STATE AND ZIP CODE | DATE OF BIRTH  October 29, 1989 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME  YELLOWSTONE CLUB OPERATIONS, LLC | NUMBER OF EMPLOYEES, MEMBERS  50+ | TELEPHONE *(Include Area Code)*  (406) 995-4900 |
|---|---|---|

| STREET ADDRESS  One Yellowstone Mountain Club Trail, Big Sky, Montana 59716 | CITY, STATE AND ZIP CODE | COUNTY  Madison/ Gallatin |
|---|---|---|

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE  EARLIEST          LATEST |
|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE  ☒ RETALIATION  ☒ NATIONAL  ☐ DISABILITY  ☐ OTHER  ORIGIN | 12/7/17-4/17/18  ☒ CONTINUING ACTION |

**I.   JURISDICTION**:  The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.   PERSONAL HARM:**  I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.   DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|

| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
|---|---|
| 9/13/2018 1:31:08 PM PDT  Date    *DocuSigned by:*  ———8097455B014B430...  Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  (Day, month, and year) |

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A.  I am a black Jamaican. I was born in Jamaica.

B.  I was employed as a server by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C.  I began my employment on December 7, 2017.

D.  The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E.  All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F.  When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G.  These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H.  I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I.  Restaurant servers like me were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. The other Black Jamaican H2B servers and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

J.  Servers at my restaurant could print out a receipt of our gratuity each night. Service charges were a fixed percentage of the bill for each table served in Yellowstone Club restaurants. My receipts reflect a service charge of 20% of the bill which was thousands of dollars over the course of the season. Black Jamaican H2B servers like me never received this money, while non-black, non-Jamaican, non-H2B servers did.

K.  This discrimination was not limited to servers like me.

L.  Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks did not receive this additional compensation for their work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

M.  Bartenders were supposed to receive a gratuity equal to a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

N.  Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

2

O. Additionally, black Jamaican H2B servers were also not scheduled to work special functions at the Yellowstone Club, while non-black, non-Jamaican, non-H2B servers were scheduled for this work. The pay for these special functions was higher than the typical pay and therefore you made more money if you worked the special functions.

P. There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

Q. After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

R. In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with tax automatically deducted. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

S. I understood the promise of the bonuses to be connected to our missing compensation.

I file this Charge on behalf of myself and all others similarly situated.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| ☐ | FEPA | |
| X | EEOC | |

RECEIVED

SEP 14 2018

EEOC DENVER FIELD OFFICE

_State or local Agency, if any_

NAME(Indicate Mr., Ms., Mrs.)

Mr. Marcus Richards

(AREA CODE) HOME TELEPHONE

(406) 209-6942

STREET ADDRESS

3 Sawgrass Road, Apt F-14, Charleston, SC 29412

CITY, STATE AND ZIP CODE

DATE OF BIRTH

May 19, 1975

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>YELLOWSTONE CLUB OPERATIONS, LLC | NUMBER OF EMPLOYEES, MEMBERS<br>50+ | TELEPHONE (Include Area Code)<br>(406) 995-4900 |
|---|---|---|

| STREET ADDRESS<br>One Yellowstone Mountain Club Trail, Big Sky, Montana 59716 | CITY, STATE AND ZIP CODE | COUNTY<br>Madison/<br>Gallatin |
|---|---|---|

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| X RACE | X COLOR | ☐ SEX | ☐ RELIGION | ☐ AGE |
|---|---|---|---|---|
| X RETALIATION | | X NATIONAL ORIGIN | ☐ DISABILITY | ☐ OTHER |

DATE DISCRIMINATION TOOK PLACE

EARLIEST          LATEST

**12/22/17-4/14/18**

X CONTINUING ACTION

**I.   JURISDICTION**:  The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.   PERSONAL HARM:**  I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.   DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|

| I declare under penalty of perjury that the foregoing is true and correct.<br><br>13/09/2018 11:41:45 PDT<br>Date          Charging Party (Signature)<br><br>DocuSigned by:<br>B9CA890E9C1540B... | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |
|---|---|

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a server by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on December 22, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I. Restaurant servers like me were supposed to receive a percentage of the revenue for all food and drink we served or normal tips as additional compensation. The other Black Jamaican H2B servers and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

J. I worked with another black Jamaican H2B server at a low-end Yellowstone club restaurant. Non-black, non-Jamaican, non-H2B servers did not want to work at this restaurant because they would not receive as much compensation, particularly in tips, as they could at a more expensive restaurant. Only black Jamaican H2B server were assigned to this restaurant.

K. I heard other workers talking about their compensation. I heard non-black, non-Jamaican, non-H2B workers say that they received $2000 in cash tips, that it was "a good day" and that they were "killing it."

L. This discrimination was not limited to servers like me.

M. Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The other black Jamaican H2B cooks did not receive this additional compensation for their work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

N. Bartenders were supposed to receive a gratuity equal to a percentage of the price of the drinks and food (food was served at the bar) served by each bartender. Black Jamaican H2B bartenders never received this money, while non-black, non-Jamaican, non-H2B bartenders did.

O. Housekeepers were supposed to receive pooled tips as additional compensation. Black Jamaican H2B housekeepers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

P.  Additionally, black Jamaican H2B servers were also not scheduled to work special functions at the Yellowstone Club, while non-black, non-Jamaican, non-H2B servers were scheduled for this work. The pay for these special functions was higher than the typical pay and therefore you made more money if you worked these special functions.

Q.  There was a meeting between HSS CEO Tim McPherson and the Jamaican servers, cooks, and bartenders in the middle of the ski season after complaints that black Jamaican H2B workers were not receiving the same compensation as non-black, non-Jamaican, non-H2B workers. In that meeting, Mr. McPherson stated that black Jamaican H2B would not receive tips because "[they] were not from here."

R.  After that meeting, a member of HSS human resources named Fay Wilson threatened a black Jamaican server who had complained during the meeting about his compensation, saying that he could always be "taken back to Jamaica."

S.  In approximately March 2018, Cindy McPheeters, representing the Yellowstone Club's management, addressed the black Jamaican H2B workers about not receiving the additional compensation. She promised the workers that the Yellowstone Clubs would give them bonuses. These bonuses were to be put directly into their accounts with tax automatically deducted. Despite being owed thousands or tens of thousands in unpaid tips, workers received "bonuses" that ranged in size from $0 to $2,000 or potentially more.

T.  I understood the promise of the bonuses to be connected to our missing compensation.

U.  Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

V.  I also suffered discrimination in my commute back and forth from my lodgings and work. For example, I and other black Jamaican H2B workers were denied transportation on Yellowstone Club employee shuttles. One night on my day off, I tried to take the Yellowstone Club shuttle for workers to the town center in Big Sky to buy some food and medicine. One shuttle driver named Matt, an agent of the Yellowstone Club, refused to allow black Jamaican H2B workers to ride his hourly shuttle to and from the nearby town of Big Sky. Matt falsely claimed that the Yellowstone Club policy was to refuse to take Jamaican workers back to town on the shuttle because they were Jamaican. I am aware that non-black, non-Jamaican, non-H2B workers were allowed to use the shuttle for this purpose. The shuttle was our transportation between our lodging, the town of Big Sky and the resort. We relied on it to get food and medicine.

I file this Charge on behalf of myself and all others similarly situated.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

RECEIVED

SEP 14 2018

EEOC ENFORCEMENT

_____
State or local Agency, if any

NAME(Indicate Mr., Ms., Mrs.)
Ms. Stephaney Smith

(AREA CODE) HOME TELEPHONE
(406) 539-0627

STREET ADDRESS
3 Sawgrass Road, Apt 7F, Charleston, SC 29412

CITY, STATE AND ZIP CODE

DATE OF BIRTH
02/22/1988

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| YELLOWSTONE CLUB OPERATIONS, LLC | 50+ | (406) 995-4900 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One Yellowstone Mountain Club Trail, Big Sky, Montana 59716 | | Madison/ Gallatin |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☒ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
12/21/17-4/17/18

☒ CONTINUING ACTION

**I.   JURISDICTION**: The EEOC has jurisdiction over the subject matter of this charge; Respondent is subject to the jurisdiction of the EEOC and is covered by the provisions for Title VII of the Civil Rights Act of 1964 (Title VII")

**II.   PERSONAL HARM:** I have been treated worse and paid less than non-black, non-Jamaican workers doing the same work, because of my race, color and national origin in violation of Title VII. I was discriminated against in the terms and conditions of my employment, including pay and job duties, and also subjected to a hostile work environment and retaliation, and subjected to policies and practices that had a disparate impact based on my race, color and national origin.

**III.   DISCRIMINATION STATEMENT:**
CONTINUED ON NEXT PAGE

NOTARY - (When necessary for State and Local Requirements)

I declare under penalty of perjury that the foregoing is true and correct.

9/13/2018 9:43:43 AM PDT
Date

DocuSigned by:
S. Smith
43E7D5EEC96E407
Charging Party (Signature)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

I believe I was discriminated against and retaliated against based on my race, color, and national origin because:

A. I am a black Jamaican. I was born in Jamaica.

B. I was employed as a housekeeper by Yellowstone Club Operations, LLC ("Yellowstone Club") to work at One Yellowstone Mountain Club Trail, Big Sky, Montana 59716

C. I began my employment on December 21, 2017.

D. The Yellowstone Club hired me in Jamaica and I came to United States to work for the Yellowstone Club on an H2B visa.

E. All of the H2B workers employed at the Yellowstone Club at the same time as me were black Jamaicans. No other black Jamaicans worked there.

F. When I was hired, my understanding was that Yellowstone Club would be my employer, but when I came to the United States, I was also employed by Hospitality Staffing Solution, LLC ("HSS").

G. These employment classifications—working for HSS and being an H2B worker—had a disparate impact on black Jamaican workers based on our race, color and national origin.

H. I was also discriminated against as a black Jamaican H2b worker because my employers did not give me, or the other black Jamaican H2B workers, extra compensation that the non-black, non-Jamaican, non-H2B workers doing the same or similar work did receive.

I. Housekeepers like me were supposed to receive pooled tips as additional compensation. The other Black Jamaican H2B housekeepers and I did not receive this additional compensation. The non-black, non-Jamaican, non-H2B housekeepers did receive this additional compensation.

J. Fay Wilson from HSS told the black Jamaican H2B housekeeper that we would be tip pool and could expect about $45 a day from the tip pool. We never received any of this extra compensation.

K. This discrimination was not limited to housekeepers like me.

L. Cooks were supposed to receive a percentage of the revenue of for all food prepared in the kitchen as additional compensation. The black Jamaican H2B cooks did not receive this additional compensation for our work. The non-black, non-Jamaican, non-H2B cooks did receive this additional compensation.

M. Restaurant servers were supposed to receive a percentage of the revenue for all food and drink they served or normal tips as additional compensation. The black Jamaican H2B servers did not receive this additional compensation. The non-black, non-Jamaican, non-H2B servers did receive this additional compensation.

N. Additionally, black Jamaican H2B housekeepers like me were disproportionately given night shifts, which were cold and had limited access to transportation, since the employee shuttle did not run late enough on most days.

O. Only black Jamaican H2B workers were paid on pay cards and these pay card charged fees to use them.

P. About 2 months before the end of my work, the black Jamaican H2B housekeepers asked the employers about their missing tips. There was a meeting with the black Jamaican H2B housekeepers, Sheldon Brown (who I believe was a Jamaican government official), Tim McPherson from HSS, and Fay Wilson from HSS. We

2

were told that we would get our tips at the end of our employment. The other black Jamaican H2B housekeepers and I did not receive any tips at the end of our employment, though some received "bonuses" that were substantially less than the missing compensation.

I file this Charge on behalf of myself and all others similarly situated.