FILED
1/11/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Stay of Proceedings During Equal Employment Opportunity Commission Investigation ("Motion").[1] The Court hereby GRANTS the Motion. This case shall be stayed until Plaintiffs receive Notices of Right to Sue on their charges of

---

[1] Doc. 17.

discrimination and file a Motion to Amend Complaint to Add Title VII Claims.

DATED this 11th day of January, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge