Sarah J. Parady
Lowrey Parady, LLC
1725 High Street
Denver, CO 80218
Phone: (303) 593-2595
Fax: (303) 502-9119
sarah@lowrey-parady.com

Christopher Young
YOUNG LAW OFFICE PLLC
P.O. Box 10247
Bozeman, MT 59719
Phone: (406) 587-2070
Fax: (866) 403-0847
cyoung@younglawofficepllc.com

David Seligman
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Phone: (720) 239-2606
Fax: (303) 957-2289
david@towardsjustice.org
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>         Plaintiffs,<br>v.<br><br>YELLOWSTONE CLUB | Civil Case No. CV 18-62-BU-SEH<br><br><br><br><br><br><br><br><br><u>**UNOPPOSED**</u> **MOTION TO EXTEND STAY OF** |

| OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS LLC, | PROCEEDINGS |
|---|---|
| Defendants. | |

1.  **CERTIFICATE OF COMPLIANCE PURSUANT TO L.R.7.1(c)(1)**. Counsel for Plaintiffs have conferred with counsel for Defendants Yellowstone Club Operations, LLC and Hospitality Staffing Solutions, LLC. Defendants do not oppose the relief requested herein.

2.  On January 9, 2019, Plaintiffs filed an Unopposed Motion for Stay of Proceedings During Equal Employment Opportunity Commission Investigation [Dkt 17]. On January 11, 2019, this Court entered an Order granting a stay of proceedings until such time that Plaintiffs received Notices of Right to Sue from the Equal Employment Opportunity Commission on their Charges of Discrimination and filed a Motion to Amend Complaint [Dkt 18].

3.  Plaintiffs received Notices of Right to Sue on their charges of discrimination against Yellowstone Club Operations, LLC on July 25, 2019, and received Notices of Right to Sue on their charges of discrimination against Hospitality Staffing Solutions, LLC on July 26, 2019.

4.  As permitted by these Notices of Right to Sue, Plaintiffs have now filed their First Amended Class Action Complaint under Federal Rule of Civil Procedure 15(a)(1)(B), adding their Title VII claims.

5. Pursuant to the Order Granting Stay, Plaintiffs' filing of their First Amended Complaint ended the stay in this case.

6. However, the parties are scheduled for mediation on Wednesday, October 23, 2019.

7. Plaintiffs therefore request an extension of the stay up to and including Friday, October 25, 2019, in order to allow the parties time to engage in mediation and avoid expending any additional resources while exploring settlement.

8. This request for extension is made in good faith and not for the purpose of delaying this action.

9. A proposed order is attached and shall be emailed to the Court pursuant to D. Mont. L.R. 7.1(c)(3).

WHEREFORE, Plaintiffs request an extension of the stay of proceedings up to and including Friday, October 25, 2019.

Respectfully submitted this 18th day of October, 2019.

*s/ Sarah Parady*
Sarah Parady

*s/ Christopher Young*
Christopher Young

*s/ David Seligman*
David Seligman
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I sent an electronic copy of the foregoing UNOPPOSED MOTION TO EXTEND STAY OF PROCEEDINGS via CM/ECF or email as follows:

Roger Trim
Ogletree Deakins, Nash, Smoak & Stewart PC
2000 S. Colorado Blvd.
Tower 3, Suite 900
Denver, CO 80222
Via CM/ECF
*Attorney for Defendant Hospitality Staffing Solutions, LLC*

Jeff Roth
Mike Green
Crowley Fleck PLLP
900 N. Last Chance Gulch, Ste 200
Helena, MT 59601
Via Email: mgreen@crowleyfleck.com
Via Email: jroth@crowleyfleck.com
*Attorneys for Defendant Yellowstone Club Operations, LLC*

Christopher Young
YOUNG LAW OFFICE PLLC
P.O. Box 10247
Bozeman, MT 59719
Via CM/ECF
*Attorney for Plaintiff*

David Seligman
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Via CM/ECF
*Attorney for Plaintiff*                           /s/ Sarah Parady

                                                                   _____
                                                                   Sarah Parady