FILED
10/21/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

Plaintiffs' Unopposed Motion to Extend Stay of Proceedings[1] is GRANTED. The stay shall be extended up to and including October 25, 2019, to allow the parties time to engage in mediation and explore settlement.

DATED this 21st day of October, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 21.