Roger G. Trim
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2000 S. Colorado Blvd.
Tower 3, Suite 900
Denver, CO  80222
Telephone:   303.764.6800
Facsimile:   303.831.9246
Email: roger.trim@ogletree.com

Attorney for Defendant Hospitality Staffing Solutions,
LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:18-cv-00062-SEH<br><br>**DEFENDANT HOSPITALITY STAFFING SOLUTIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Defendant Hospitality Staffing Solutions, LLC ("HSS"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby moves for an extension of time, up through and including November 18, 2019, within which to file its answer or otherwise respond to Plaintiff's First Amended Class Action Complaint and Jury Demand (Dkt. #20, "Complaint").  In support thereof, HSS states as follows:

## CERTIFICATE OF CONFERRAL

Pursuant to D. Mont. L.R. 7.1(c)(1), undersigned counsel for HSS conferred with Plaintiffs' counsel regarding the relief requested herein.  Plaintiffs do not oppose the relief requested herein.

## ARGUMENT

1.     HSS' response to Plaintiff's Amended Complaint is currently due on November 8, 2019.

2.     Yellowstone Club Operations, LLC, the other defendant in the case, has a deadline of November 18, 2019 to respond to the Amended Complaint.

3.     HSS is requesting an extension to respond to the Complaint through November 18, 2019, to allow additional time to prepare its response and so that the responses of both defendants can be filed on the same date.

4.     A proposed order is attached and shall be emailed to the Court pursuant to D. Mont. L.R. 7.1(c)(3).

WHEREFORE, Hospitality Staffing Solutions, LLC respectfully requests that it be allowed up to and including November 18, 2019, in which to file its answer or other respond to Plaintiff's Class Action Complaint.


Respectfully submitted this 7th day of November, 2019.

*s/ Roger G. Trim*
Roger G. Trim

ATTORNEY FOR DEFENDANT
HOSPITALITY STAFFING SOLUTIONS,
LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2019, I electronically filed the foregoing **DEFENDANT HOSPITALITY STAFFING SOLUTIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will also send notification to the following counsel:

Christopher C. Young
cyoung@younglawofficepllc.com

David Seligman (*pro hac vice*)
david@towardsjustice.org

Sarah J. Parady (*pro hac vice*)
sarah@lowrey-parady.com


*s/ Roger G. Trim*
Roger G. Trim