FILED

NOV 07 2019

Clerk, U.S Courts
District Of Montana

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

On November 7, 2019, Defendant Hospitality Staffing Solutions, LLC filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint.[1] Its answer to the amended complaint is due on November 8, 2019.

---

[1] Doc. 23.

ORDERED:

Defendant Hospitality Staffing Solutions, LLC's pending motion[2] is GRANTED to the extent that it is accorded to and including November 18, 2019, to file its answer to the amended complaint.

DATED this 7th day of November, 2019.

*Sam G. Haddon*
SAM E. HADDON
United States District Judge

---

[2] *See* Doc. 23.