Jeffrey M. Roth
John M. Semmens (Helena office)
CROWLEY FLECK PLLP
305 S. 4th Street E., Suite 100
Missoula, MT 59801
Telephone: (406) 523-3600
E-Mail: jroth@crowleyfleck.com
E-Mail: jsemmens@crowleyfleck.com

*Attorney for Defendant Yellowstone Club Operations, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS LLC,<br><br>Defendants. | CV 18-62-BU-SEH<br><br>**YCO'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Yellowstone Club Operations, LLC ("YCO") submits the following information as its corporate disclosure statement required by Federal Rule of Civil Procedure 7.1:

1. YCO is a domestic limited liability company.

2. Discovery Yellowstone Club Managers, LLC owns 100% of YCO.

YCO further states there is no publicly held corporation owning 10% or more of its stock.

DATED this 18th day of November, 2019.

                                        CROWLEY FLECK PLLP

                                        By: /s/ Jeffrey M. Roth
                                               Jeffrey M. Roth
                                               John M. Semmens

                                        *Attorney for Defendant Yellowstone Club Operations, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I sent the foregoing document via CM/ECF to the following:

Roger Trim
Ogletree Deakins, Nash, Smoak & Stewart PC
2000 S. Colorado Blvd.
Tower 3, Suite 900
Denver, CO 80222
*Attorney for Defendant Hospitality Solutions, LLC*

Christopher Young
YOUNG LAW OFFICE PLLC
P.O. Box 10247
Bozeman, MT 59719
*Attorney for Plaintiff*

David Seligman
Alex Hood
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
*Attorney for Plaintiff*

Sarah J. Parady
Mary Jo Lowrey
Lowrey Parady, LLC
1725 High Street
Denver, CO 80218
*Attorney for Plaintiff*

                                                CROWLEY FLECK PLLP

                                                By: /s/ Jeffrey M. Roth
                                                        Jeffrey M. Roth

John M. Semmens

*Attorney for Defendant Yellowstone Club Operations, LLC*