Sarah J. Parady
Lowrey Parady, LLC
1725 High Street
Denver, CO 80218
Phone: (303) 593-2595
Fax: (303) 502-9119
sarah@lowrey-parady.com

Christopher Young
YOUNG LAW OFFICE PLLC
P.O. Box 10247
Bozeman, MT 59719
Phone: (406) 587-2070
Fax: (866) 403-0847
cyoung@younglawofficepllc.com

David Seligman
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Phone: (720) 239-2606
Fax: (303) 957-2289
david@towardsjustice.org
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

NICHOLAS DOUGLAS;
TASHEKA BRYAN;                        Civil Case No. CV 18-62-BU-SEH
JUNIOR HARRIS;
MARCUS RICHARDS;
STEPHANEY SMITH; and those similarly situated,

    Plaintiffs,

v.

YELLOWSTONE CLUB OPERA-
TIONS, LLC; and
HOSPITALITY STAFFING SOLU-
TIONS LLC,

      Defendants.

MOTION FOR CLASS
CERTIFICATION PURSUANT TO
RULE 23(b)(3) AND
APPOINTMENT OF CLASS
COUNSEL PURSUANT TO RULE
23(g)

## CERTIFICATE OF CONFERRAL PURSUANT TO L.R.7.1(C)(1)

Plaintiff's counsel conferred with Defendants' counsel prior to the filing of this Motion. Defendants oppose this Motion.

## MOTION

Plaintiffs move for certification of the following class pursuant to Fed. R. Civ. P. 23(b)(3):

> ALL EMPLOYEES OF YELLOWSTONE CLUB OPER-
> ATIONS, LLC AND HOSPITALITY STAFFING SOLU-
> TIONS LLC WHO WORKED AT THE YELLOW-
> STONE CLUB ON NON-IMMIGRANT H-2B VISAS
> DURING THE WINTER OF 2017-2018

Plaintiffs additionally move for the appointment of their counsel as class counsel pursuant to Fed. R. Civ. P. 23(g). A brief in support of this Motion was filed simultaneously with this Motion pursuant to the Local Rules.

Respectfully Submitted,

*/s/ Sarah Parady*
Sarah Parady

*Attorney for the Plaintiffs*

## Certificate of Service

I hereby certify that on December 6, 2019, I filed a true and correct copy of the forgoing using this Court's CM/ECF filing system, which served the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

*/s/ Sarah Parady*
Sarah Parady
