# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

FILED
1/2/2020
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

The Court's Order of November 1, 2018,[1] designated Christopher C. Young, Esq., of Young Law Office PLLC, Bozeman, Montana, as local counsel for Plaintiffs.

The Court's Order required local counsel to sign all pleadings, motions and briefs and other documents served or filed.[2]

---

[1] *See* Doc. 8.

[2] *See* Doc. 8 at ¶ 4.

Plaintiffs' Motion for Class Certification Pursuant to Rule 23(b)(3) and Appointment of Class Counsel Pursuant to Rule 23(g)[3] and Brief in Support of Motion for Class Certification Pursuant to Rule 23(b)(3) and Appointment of Class Counsel Pursuant to Rule 23(g)[4] were not signed by Christopher C. Young.

ORDERED:

The motion[5] and brief[6] will be stricken unless Christopher C. Young files with the Court an acknowledgment of his duties and responsibility as local counsel on or before January 6, 2020.

DATED this 2nd day of January, 2020.

*Sam E. Haddon* (signature)

SAM E. HADDON
United States District Court

---

[3] Doc. 31.

[4] Doc. 32.

[5] *See* Doc. 31.

[6] *See* Doc. 32.