FILED

1/27/2020

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>ORDER |

On January 24, 2020, Defendant Hospitality Staffing Solutions, LLC filed a motion for Lauren H. Zeldin ("Zeldin"), Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Atlanta, Georgia, to appear *pro hac vice*[1] with Roger G. Trim,

---

[1] *See* Doc. 44.

Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Denver, Colorado, to act as local counsel. Zeldin's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant Hospitality Staffing Solutions, LLC's Motion for *Pro Hac Vice* Admission and Consent of Counsel[2] is GRANTED, subject to the following conditions:

1. That local counsel will be designated as lead counsel or as co-lead counsel with Zeldin;

2. Zeldin must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel in the acknowledgment and acceptance of her admission required below, must appear and participate personally in all proceedings before the Court; and

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Zeldin; it is not an admission of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. law firm.

---

[2] Doc. 44.

FURTHER ORDERED:

This Order will be withdrawn unless Zeldin, within 15 days from the date of this Order, files an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 27th day of January, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Court