FILED
2/24/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

On February 20, 2020, Defendant Hospitality Staffing Solutions, LLC ("HSS") filed a motion for A. Craig Cleland, Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Atlanta, Georgia, to appear *pro hac vice*[1] with Roger G.

---

[1] *See* Doc. 51.

Trim, Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Denver, Colorado, to act as local counsel. Nothing in the motion indicates compliance with L.R. 7.1(c)(1) and (2).

ORDERED:

The Motion for *Pro Hac Vice* Admission and Consent of Counsel[2] is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1) and (2). Defendant HSS may resubmit the motion in proper form.

DATED this 24th day of February, 2020.

SAM E. HADDON
United States District Judge

---

[2] Doc. 51.