# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

|  |  |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated, | No. CV 18-62-BU-SEH |
| Plaintiffs, | **ORDER** |
| vs. | |
| YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC, | |
| Defendants. | |

On February 25, 2020, Defendant Hospitality Staffing Solutions, LLC

("HSS") filed an unopposed motion for A. Craig Cleland, Esq., of Ogletree,

Deakins, Nash, Smoak & Stewart, P.C., Atlanta, Georgia, to appear *pro hac vice*[1]

---

[1] *See* Doc. 53.

with Roger G. Trim, Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.,

Denver, Colorado, to act as local counsel. Mr. Cleland's application appears to be

in compliance with L.R. 83.1(d).

ORDERED:

Defendant HSS's Unopposed Motion for *Pro Hac Vice* Admission and

Consent of Counsel[2] is GRANTED, subject to the following conditions:

1.  Mr. Cleland may not act as co-lead counsel with Mr. Trim, as Ms.

Zeldin has already been designated as co-lead counsel;[3]

2.  Mr. Cleland must do his own work. He must do his own writing, sign

his own pleadings, motions and briefs.

3.  Local counsel must also sign all such pleadings, motions, briefs and

other documents served or filed.

Admission is personal to Mr. Cleland; it is not an admission of Ogletree,

Deakins, Nash, Smoak & Stewart, P.C.

/ / /

/ / /

/ / /

---

[2] Doc. 53.

[3] *See* Doc. 47-1.

FURTHER ORDERED:

This Order will be withdrawn unless Mr. Cleland, within fifteen (15) days

from the date of this Order, files an acknowledgment and acceptance of his

admission under the terms set forth above.

DATED this 26th day of February, 2020.

SAM E. HADDON
United States District Court