# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

On June 18, 2020, the parties filed a Joint Notice of Settlement and Unopposed Motion to Vacate Scheduling Deadlines.[1]

ORDERED:

1. That part of the Unopposed Motion to Vacate Scheduling Deadlines[2] as stated in Doc. 59, is GRANTED to the extent and as stated in this Order.

---

[1] Doc. 59.

[2] Doc. 59.

2.  All deadlines established by the Court's Order of April 2, 2020,[3] are VACATED.

3.  The parties shall have to and including **August 14, 2020**, in which to file a joint motion and brief in support of preliminary approval of the settlement agreement referenced in the Joint Notice of Settlement and Unopposed Motion to Vacate Scheduling Deadlines.[4]

4.  The brief in support of preliminary approval of the settlement referenced in the Joint Notice of Settlement and Unopposed Motion to Vacate Scheduling Deadlines[5] shall specifically address each and all of the topics and subject matters identified in paragraphs 2(a)–(e) and 5(a)–(d) of the Court's Order of February 4, 2020.[6]

DATED this 7th day of July, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court

---

[3] *See* Doc. 58.

[4] Doc. 59.

[5] Doc. 59.

[6] *See* Doc. 49.