# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

On August 13, 2020, the parties filed a Joint Motion to Extend Deadline to File Motion for Preliminary Approval.[1]

ORDERED:

1. The Joint Motion to Extend Deadline to File Motion for Preliminary Approval[2] is GRANTED. The parties may have to and including August 24, 2020,

---

[1] Doc. 61.

[2] Doc. 61.

to file their motion for preliminary approval of the settlement.

DATED this __13th__ day of August, 2020.

_/s/ Sam E. Haddon_
SAM E. HADDON
United States District Court