Mary Jo Lowrey
Lowrey Parady Lebsack, LLC
1490 N Lafayette St, Ste. 304
Denver, CO 80218
Phone: (303) 593-2595
Fax: (303) 502-9119
MaryJo@lowrey-parady.com

Christopher Young
YOUNG LAW OFFICE PLLC
P.O. Box 10247
Bozeman, MT 59719
Phone: (406) 587-2070
Fax: (866) 403-0847
cyoung@younglawofficepllc.com

David Seligman
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Phone: (720) 239-2606
Fax: (303) 957-2289
david@towardsjustice.org

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>    Plaintiffs,<br>v. | Civil Case No. CV 18-62-BU-SEH |

| | |
|---|---|
| YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS LLC,<br><br>    Defendants. | UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT PURSUANT TO RULE 23(e)(1) |

## CERTIFICATE OF CONFERRAL PURSUANT TO L.R.7.1(C)(1)

Plaintiffs' counsel conferred with Defendants' counsel prior to the filing of this Motion. This Motion is unopposed.

## MOTION

Plaintiffs move the Court to preliminarily approve their proposed class action settlement, attached to the brief in support of this Motion as Exhibit 1, pursuant to Rule 23(e)(1).

Respectfully Submitted,

s/David Seligman
David Seligman
*Attorney for Plaintiffs*

s/Christopher Young
Christopher Young
*Attorney and Local Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on August 24, 2020, I filed a true and correct copy of the forgoing using this Court's CM/ECF filing system, which served the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

s/David Seligman
David Seligman
