IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>ORDER |

The Court issued its Order[1] on February 4, 2020, containing specific instructions and directions to the parties as to the form and content of certain information to be provided to the Court in supplemental briefing, including:

---

[1] Doc. 49.

Plaintiffs' supplemental brief shall identify, with specificity:

a. The identity of each member of the class or classes;

b. The beginning date and end date of employment "during the winter of 2017-2018"[2] for each member of the class or classes;

c. The hourly rate of pay each member of the class or classes was paid during the period of employment;

d. The hourly rate of pay of each member of the class or classes identified in paragraph 2c that Plaintiffs assert should have been paid, if the "should have been paid" hourly rate is different from the actual rate at which members of such class or classes were paid.

e. The dates upon which work was performed and number of hours worked on each day by each member of the class or classes during the period of employment.[3]

The June 19, 2020, filing deadline[4] was extended to August 14, 2020,[5] and

---

[2] *See* Doc. 31 at 2.

[3] Doc. 49.

[4] Doc. 49.

[5] Doc. 60.

later to August 24, 2020.[6]

On August 24, 2020, Plaintiffs filed a document denominated as an "Unopposed Motion for Preliminary Approval of Class Action Settlement Pursuant to Rule 23(e)(1)"[7] and brief in support.[8] Neither Document 63 nor Document 64 complied with the instructions, directions, or the strict compliance requirements of the Court's Orders of February 4, 2020,[9] and July 7, 2020.[10]

ORDERED:

1. Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement Pursuant to Rule 23(e)(1)[11] is DENIED.

2. The denial noted in 1. above is without prejudice to Plaintiffs having leave, on or before September 11, 2020, to resubmit the "Unopposed Motion for Preliminary Approval of Class Action Settlement Pursuant to Rule 23(e)(1)."[12] Any such resubmission shall, without exception, in form and content, strictly comply

---

[6] Doc. 62.

[7] Doc. 63.

[8] Doc. 64.

[9] Doc. 49.

[10] Doc. 60.

[11] Doc. 63.

[12] Doc. 63.

with the prior orders of the Court, including Document 49 and Document 60.

3. Defendants shall have to and including September 18, 2020, to file a response to each of the topics and issues identified in paragraphs 2(a)–(e) and 5(a)–(d) of the Court's Order of February 4, 2020.[13]

4. The responses to be submitted and filed in response to this Order must strictly and specifically comply with the form and content requirements of prior Orders[14] of the Court. Responses in the form of summaries, averages, estimates, or other nonspecific compilations will not be acceptable, and if provided will be rejected and are likely to result in the imposition of sanctions.

DATED this 31st day of August, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[13] Doc. 49.

[14] Docs. 49 and 60.