IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

ORDERED:

The Court will conduct a status conference with counsel on the record at 10:00 a.m. on October 6, 2020, at the Paul G. Hatfield Courthouse, Helena, Montana, to address issues presented by Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement Pursuant to Rule 23(e)(1),[1] including definition of the proposed class, terms and conditions of the proposed class settlement, and terms and conditions of the proposed class settlement

---

[1] Doc. 63.

agreement.

In keeping with the protocols of Administrative Order 20-25 effective July 13, 2020, and absent modification or suspension of that Order, and except as may otherwise be ordered, removal of masks by counsel and other speaking participants at the October 6, 2020, hearing is authorized for purposes of witness testimony, party identification, making an appropriate record, statements by and to the Court, or for such other reason or reasons deemed by the Court to be necessary and appropriate. Appropriate social distancing and other protective measures will be observed.

DATED this 30th day of September, 2020.

*SAM E. HADDON*
United States District Court