Mary Jo Lowrey
Lowrey Parady Lebsack, LLC
1490 N Lafayette St, Ste. 304
Denver, CO 80218
Phone: (303) 593-2595
Fax: (303) 502-9119
MaryJo@lowrey-parady.com

Christopher Young
YOUNG LAW OFFICE PLLC
P.O. Box 10247
Bozeman, MT 59719
Phone: (406) 587-2070
Fax: (866) 403-0847
cyoung@younglawofficepllc.com

David Seligman
Towards Justice
PO Box 371680, PMB 44465
Denver, CO 80237-5680
Phone: (720) 239-2606
Fax: (303) 957-2289
david@towardsjustice.org

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS;<br>TASHEKA BRYAN;<br>JUNIOR HARRIS;<br>MARCUS RICHARDS;<br>STEPHANEY SMITH; and those similarly situated,<br><br>      Plaintiffs,<br>v. | Civil Case No. CV 18-62-BU-SEH |

| | |
|---|---|
| YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS LLC,<br><br>    Defendants. | UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT PURSUANT TO FED. R. CIV. P. 23(e) AND FOR AN AWARD OF ATTORNEY'S FEES AND EXPENSES FROM THE SETTLEMENT FUND |

### CERTIFICATE OF CONFERRAL PURSUANT TO L.R.7.1(C)(1)

Plaintiffs' counsel conferred with Defendants' counsel prior to the filing of this Motion. This Motion is unopposed.

### MOTION

Plaintiffs move the Court to finally approve the proposed class action settlement (attached as Exhibit 1 to the brief in support of this Motion) pursuant to Fed. R. Civ. P. 23(e) and to award Plaintiffs' Counsel $250,000.00 in attorney's fees and $22,809.60 in expenses, totaling $272,809.60, from the settlement fund.

Respectfully Submitted,

*s/David Seligman*
David Seligman
*Attorney for Plaintiffs*

*s/Christopher Young*
Christopher Young
*Attorney and Local Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on April 2, 2021, I filed a true and correct copy of the forgoing using this Court's CM/ECF filing system, which served the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

*s/David Seligman*
David Seligman
