IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>ORDER |

The Joint Motion for Entry of Final Judgment[1] is DENIED. The Court remains prepared to proceed with disposition of the case as provided in the Court's April 22, 2021, Order.[2]

DATED this 19th day of May, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Court

---

[1] Doc. 93.

[2] Doc. 92.