# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>                    Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

The Joint Notice to Court Regarding Settlement Payments to the Class,[1]

filed on July 23, 2021, stated, in part:

> [T]he Parties report that payments from the settlement fund have been sent to all 86 class members. Of those 86 payments, 26 checks, totaling $199,117.80, remain uncashed. Any checks that remain uncashed 90 days after their issuance, *i.e.*, on or after September 19, 2021, will be subject to the settlement agreement's provisions for residual settlement funds.[2]

---

[1] Doc. 97.

[2] Doc. 97 at 3.

**ORDERED:**

1. The parties are to file a joint report, on or before October 29, 2021, informing the Court of:

    a. Current status of and specific amounts of payments made to and accepted by identified class members from the settlement fund as of October 28, 2021;

    b. Specific identification of class members and amounts of settlement proceeds tendered to such class members not negotiated as of October 28, 2021; and

    c. Steps to be undertaken to complete distribution of settlement funds as provided by section 7.8 of the settlement agreement.

DATED this 22nd day of October, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge