## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>Defendants. | No. CV 18-62-BU-SEH<br><br>**ORDER** |

The parties having requested final approval of the settlement under Fed. R. Civ. P. 23(e)(2) and final judgment under Fed. R. Civ. P. 58,

**ORDERED:**

1.    Final approval of the settlement under Fed. R. Civ. P. 23(e)(2) is GRANTED.

2.    The Clerk of Court shall enter final judgment.

DATED this _19th_ day of January, 2022.

SAM E. HADDON
United States District Court