UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NICHOLAS DOUGLAS; TASHEKA BRYAN; JUNIOR HARRIS; MARCUS RICHARDS; STEPHANEY SMITH; and those similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>YELLOWSTONE CLUB OPERATIONS, LLC; and HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>           Defendant. | Case No. CV-18-062-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 100), Final approval of the settlement under Fed. R. Civ. P. 23(e)(2) is GRANTED.

      Dated this 19th day of January 2022.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ Heidi Gauthier
                                       Heidi Gauthier, Deputy Clerk